**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **DORRIS PARKER,** <br> *Plaintiff* | § <br> § <br> § <br> § <br> § | |
| **v.** | § <br> § | **CASE NO. 1:24-CV-01322-ADA-DH** |
| **COMMISSIONER OF SOCIAL SECURITY,** <br> *Defendant*. | § <br> § <br> § <br> § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Dustin Howell. Dkt. 23. The report recommends that this Court **AFFIRM** the decision of the Social Security Commissioner. *Id* at 8. The report was filed on August 12, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

 **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Howell (Dkt. 23) is **ADOPTED**.

 **IT IS FURTHER ORDERED** that the decision of the Social Security Commissioner is hereby **AFFIRMED.**

**SIGNED** this 21st day of January, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE